UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

In re: FUNDAMENTAL LONG TERM CARE, INC.,

   Debtor.
_____

Case No. 8:11-bk-22258-MGW

ESTATE OF ARLENE TOWNSEND et al.,

   Appellant,

   v.

Case No. 8:22-cv-1470-KKM

BETH ANN SCHARRER, et al.,

   Appellee.
_____

## ORDER

With her consent, the Court transfers this case to the Honorable Charlene Edwards Honeywell under Local Rule 1.07(a)(2)(A). The Clerk is directed to reassign this case to Judge Honeywell for all further proceedings.

**ORDERED** in Tampa, Florida, on August 22, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge